# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> BRUNO D'ALFONSO; NOE RAMIREZ; LISA CHRISTENSEN; and DOES 1 through 50, <br><br> Defendants. <br><br> AND ALL RELATED ACTIONS | Case No. 2:25-cv-05584 AH-BFM <br> Hon. Anne Hwang <br> Hon. Brianna F. Mircheff (Magistrate Judge) <br><br> **DISCOVERY MATTER** <br><br> **ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **Granted**.

**IT IS SO ORDERED**.

DATED:   <u>MARCH 31</u>, 2026

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

-1-